UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GANA MCCRANN, et al.,

        Plaintiffs,

  - against -

RIU HOTELS S.A., et al.,

        Defendants.

**ORDER**

09 Civ. 1203 (PKL) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following District Judge Leisure's referral of this case to the undersigned for general pretrial management, **IT IS HEREBY ORDERED THAT** the Parties **SHALL** appear before the court for a telephonic conference on **July 22, 2009, at 10:30 a.m.**

**SO ORDERED** this 13th day of July 2009
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge